**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| TIMOTHY ALLEN, | : | No. 76 EAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ALPHA ENGINEERING, GEORGE | : | |
| BALLOUZ, LOUIS LUK, ARCADIA | : | |
| ENGINEERING AND CONSTRUCTION, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.